IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **PENELOPE EDWARDS-CONRAD, M.D.,**<br><br>    Plaintiff,<br><br>v.<br><br>**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,**<br><br>    Defendant. | Civil Action 7:13-CV-20 (HL) |

## ORDER

A status conference will be held in this case on Monday, October 28, 2013 at 2:30 p.m. in Valdosta, Georgia. Counsel for Plaintiff and Defendant are ordered to attend. Plaintiff is also ordered to attend the status conference. Failure by Plaintiff to attend will result in her case being dismissed.

The Clerk of Court is directed to serve a copy of this Order on Plaintiff at 3338 Country Club Road, L-PMB 112, Valdosta, Georgia 31605. Counsels for Plaintiff are also directed to send a copy of this Order to Plaintiff.

**SO ORDERED**, this the 15th day of October, 2013.

                                    *s/ Hugh Lawson*
                                    **HUGH LAWSON, SENIOR JUDGE**

mbh