IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**PENELOPE EDWARDS-CONRAD, M.D.,**

    Plaintiff,

v.

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,**

    Defendant.

Civil Action 7:13-CV-20 (HL)

## ORDER

The parties have informed the Court that the case did not settle at mediation. The Court now re-opens discovery and sets the following deadlines to govern all remaining scheduling and discovery in the case.

1. The time for discovery in this case shall expire on February 14, 2014. The parties are put on notice that this deadline will not be extended.

No discovery request may be served unless the response to the request can be completed within the time specified by the rules and within the discovery period. Except by written consent of the parties first filed with the Court, no deposition shall be scheduled beyond the discovery period.

Any discovery-related motions should be filed as soon as practical, but in no instance are they to be filed after the end of the discovery period. Motions filed after the discovery period ends will not be considered by the Court.

2. The deadline for disclosing expert witnesses will not be re-opened.

3.      All motions to join other parties or to otherwise amend the pleadings shall be filed on or before January 15, 2014.

4.      All dispositive motions shall be filed on or before March 31, 2014.

5.      All <u>Daubert</u> motions shall be filed on or before March 17, 2014. The parties are instructed not to file <u>Daubert</u> motions as part of dispositive motions.

6.      All other provisions contained in the Scheduling and Discovery Order entered on April 20, 2013 remain in full force and effect.

**SO ORDERED**, this the 3rd day of December, 2013.

<u>*s/ Hugh Lawson*</u>
**HUGH LAWSON, SENIOR JUDGE**

mbh