# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **PENELOPE EDWARDS-CONRAD, M.D.,**<br><br>        Plaintiff,<br><br>v.<br><br>**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,**<br><br>        Defendant. | Civil Action 7:13-CV-20 (HL) |

## ORDER

This case is before the Court on Plaintiff's Request for Certificate of Immediate Review (Doc. 39). This request, construed as a motion, was filed by Plaintiff pro se. However, Plaintiff is currently represented by counsel in this action. "A district court has no obligation to entertain pro se motions filed by a represented party." <u>Abdullah v. United States</u>, 240 F.3d 683, 686 (8th Cir. 2001). While Plaintiff has filed a notice of appearance to represent herself, her attorneys have not moved to withdraw from representation, and the Court has not allowed any such withdrawal. As Plaintiff is still represented by counsel at this time, the Court declines to consider, and consequently denies, Plaintiff's motion. Plaintiff should raise any concerns with her counsel, rather than filing motions with the Court.

**SO ORDERED**, this the 30th day of December, 2013.

                                        */s/ Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh